AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of North Dakota

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| DATAVIAN SEAN JOSEPH a/k/a DAY DUCE | )  Case No. 3:22-mj-430 |
| a/k/a DUCE | ) |
| | ) |
| _____ | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   beginning of 2020 through July 2022   in the county of _____ in the

_____ District of    North Dakota   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841 | Possession with Intent to Distribute a Controlled Substance |
| 21 U.S.C. 846 | Conspiracy to Distribute and Possession with Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Isaiah Soldier, BIA-DDE
_____
Printed name and title

Sworn to before me and signed in my presence.   Via telephone

Date: July 29, 2020

_____
Judge's signature

City and state:   Fargo, ND
Grand Forks, ND

Alice R. Senechal, US Magistrate Judge
_____
Printed name and title